# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HAZEL MARIE GRANT,

      Appellant,

 v.

                                     Case No. 5D22-429
                                     LT Case No. 2021-MM-000075-AX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 7, 2023

Appeal from the County Court
for Sumter County,
Paul L. Militello, Judge.

Matthew J. Metz, Public Defender,
and Ali L. Hansen, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, EDWARDS and EISNAUGLE, JJ., concur.